**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Joseph M. Labuda
Direct E-Mail Address: joe@mmmlaborlaw.com
Direct Dial: (516) 303-1364

August 17, 2012

<u>**Via ECF**</u>

Magistrate Judge Lois Bloom
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11301

    Re:    **Hernandez et al. v. Immortal Rise, Inc. et al.**
             **11-CV-04360 (RRM) (LB)**
             <u>**MLG File No. 40-12**</u>

Dear Judge Bloom:

      This firm is counsel to Defendants in the above-referenced matter. On August 14, 2012, Defendant received Plaintiffs' Reply Brief in support of their Motion to Certify the Class. The Reply Brief contains additional facts which were not set forth in Plaintiffs' initial papers. Accordingly, Defendants respectfully request that this Court permit Defendants to submit a Sur-Reply by August 24, 2012.

      Plaintiffs do not consent to this request.

                                              Respectfully submitted,

                                              MILMAN LABUDA LAW GROUP PLLC

                                              /s/
                                              Joseph M. Labuda

cc:    Suzanne B. Leeds, Esq.  (via e-mail)