UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMELIA HERNANDEZ, EDITH HERNANDEZ ROJAS, JUAN EDUARDO HERNANDEZ individually and on behalf of other persons similarly situated, | Case No.: 11 Civ. 4360 (LB) |
| Plaintiffs, | |
| -against- | **NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT** |
| IMMORTAL RISE, INC. d/b/a C-TOWN, AHMAD SALEH and or any other entities affiliated with or controlled by IMMORTAL RISE, INC. and/or AHMAD SALEH, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lloyd R. Ambinder, dated February 24, 2015, and the annexed exhibits thereto; and the accompanying Memorandum of Law in support, the undersigned will move this Court at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Lois Bloom, on March 10, 2015 at 10:00 a.m. for an Order granting final approval of the settlement of this action and such other relief the Court sees fit.

Dated: February 24, 2015
      New York, New York

                                        /s/ Lloyd Ambinder
                                        Suzanne Leeds Klein
                                        VIRGINIA & AMBINDER, LLP
                                        The Setai Building
                                        40 Broad St., Seventh Floor
                                        New York, New York 10004
                                        Tel:    (212) 943-9080
                                        Fax:    (212) 943-9082
                                        *Class Counsel*